**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1531**

_____

In re:  TAURUS WIGGINS, a/k/a Ock,

Petitioner.

_____

On Petition for Writ of Mandamus.  (1:09-cr-00287-GLR-6)

_____

Submitted:  September 9, 2021                    Decided:  September 13, 2021

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Taurus Wiggins, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taurus Wiggins petitions for a writ of mandamus seeking an order vacating or setting aside his criminal judgment. We conclude that Wiggins is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Wiggins is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*